UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOUCHSTREAM TECHNOLOGIES, INC.,

        Plaintiff,

v.

VIZBEE, INC.,

        Defendant.

**ORDER**

17 Civ. 6247 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the claim construction hearing currently scheduled for January 7, 2020 at 10:00 a.m. will be held on **January 7, 2020 at 9:00 a.m.**

Dated: New York, New York
       December 30, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge