UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOUCHSTREAM TECHNOLOGIES, INC.,

                Plaintiff,

      v.

VIZBEE, INC.,

                Defendant.

**ORDER**

17 Civ. 6247 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the claim construction hearing currently scheduled for January 7, 2020 is adjourned to **February 6, 2020 at 9:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        January 6, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge